# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY A. SCALES, | No. 2:17-cv-1004-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| P. AGWARA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion to extend the discovery deadline. ECF No. 21. Good cause appearing, the motion is granted as follows:

1. The parties may conduct discovery until March 1, 2019. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than November 23, 2018.

2. If plaintiff seeks leave to amend the complaint, he must file any motion to amend no later than March 1, 2019.

3. Dispositive motions shall be filed on or before May 24, 2019.

So ordered.

DATED: September 5, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE