IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RANDY A. SCALES,**

                      Plaintiff,

    v.

**P. AGWARA, et al.,**

                      Defendants.

Case No. 2:17-cv-1004-KJM-EFB P

**[PROPOSED] ORDER**

    The Court, having considered the Defendants' motion to stay discovery, and good cause appearing:

    **IT IS HEREBY ORDERED** that Defendants' motion to stay discovery is **GRANTED**. The parties are relieved of their obligations to respond to all merits-based discovery until further order of the Court.

Dated: October 9, 2018.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE