1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY A. SCALES,

        Plaintiff,

  v.

P. AGWARA, et al.,

        Defendants.

No.  2:17-cv-1004-KJM-EFB P

ORDER

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests an extension of time to file his opposition to defendants' October 8, 2018 motion for summary judgment.

     Plaintiff's request (ECF No. 26) is granted and plaintiff has 60 days from the date this order is served to file his opposition.

     So ordered.

Dated:  November 8, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE